# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:24mj2113 |
| | ) | |
| | ) | |
| GEORGE BAYNES | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**
2:46 pm May 09 2024
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **Dec. 1, 2023 to May 3, 2024** in the county of **Cuyahoga** in the **Northern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. §§ 554(a), 922(d)(1), 922(g)(1), 932(b), 933(a)(1), 933(a)(1) and (3), and 1958(a) | Attempted Smuggling of Goods from the United States, Selling or Disposing of a Firearm to a Convicted Felon, Felon in Possession of a Firearm, Conspiracy to Straw Purchase Firearms, Firearms Trafficking, Firearms Trafficking Conspiracy, and Murder-for-Hire |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Mitchell, Special Agent, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: May 9, 2024

City and state: Cleveland, Ohio

James E. Grimes Jr., United States Magistrate Judge
*Printed name and title*