UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 24 CR 00176 |
| ) | |
| PLAINTIFF ) | JUDGE PAMELA BARKER |
| ) | |
| v. ) | |
| ) | |
| GEORGE BAYNES ) | **MOTION FOR HEARING** |
| ) | **ON TRANSFER TO A MEDICAL** |
| DEFENDANT ) | **FACILITY** |

    Defendant George Baynes now moves for a hearing on the matter of relocating him to a secure medical facility for the remainder of his pretrial detention.[1] The reason for this motion is that Defendant suffers several medical conditions that he feels are not being treated adequately at Core Civic Correctional Facility in Youngstown. Defendant believes that his condition has deteriorated to the point that a sufficient change in circumstances dictates reconsideration by the court of the type his pretrial detention.

    Defendant does not wish to attach medical records to this motion and wishes to present such records and information to the court at hearing.

    For the foregoing reasons, Defendant requests that the court hold a hearing on whether he

---

[1] Undersigned counsel is submitting this motion and request at the specific direction of Defendant Baynes.

should be released to a medical facility for the remainder of his pretrial detention.

                                      Respectfully submitted,

                                      */s/ Michael P. Maloney*
                                      _____
                                      MICHAEL P. MALONEY (0038661)
                                      24441 Detroit Rd., Suite 200
                                      Westlake, OH 44145
                                      (440) 716-8562   (440) 716-8563 (Fax)
                                      Mpmalo@hotmail.com
                                      Attorney for Defendant

## CERTIFICATE OF SERVICE

       A copy of the foregoing Motion was served this 1st  day of July, 2025 to the United States Attorney, through the court's electronic filing system.

                                      */s/ Michael P. Maloney*
                                      _____
                                      Michael P. Maloney (0038661)
                                      Attorney for Defendant