IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.  24 CR 00176 |
| | ) | |
| v. | ) | JUDGE PAMELA BARKER |
| | ) | |
| GEORGE BAYNES, | ) | <u>MOTION FOR STATUS</u> |
| | ) | <u>CONFERENCE WITH</u> |
| Defendant. | ) | <u>COUNSEL</u> |

    Undersigned counsel for Defendant George Baynes now moves this court to set an in person status conference for the lawyers only.  The reason for this motion relates to recent behavior and communications undersigned has had with Mr. Baynes, including very disturbing conduct by Mr. Baynes during an attorney client meeting this past week at the N.E.O.C.C. facility.  Undersigned prefers to elaborate on this event and other details in person in a meeting or hearing with the court and the government.

    The government has no objection to this request.

    Respectfully submitted,

<u>*/s/ Michael P. Maloney*</u>
Michael P. Maloney (0038661)
24441 Detroit Road, Suite 200
Westlake, OH 44145
(440) 716-8562     (440) 716-8563 fax
mpmalo@hotmail.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was served this 5${}^{th}$ day of December, 2025 to the U.S. Attorney for the Northern District of Ohio, by way of the court's electronic filing system.

*/s/Michael P. Maloney*

_____
Michael P. Maloney (0038661)